UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Masterson Personnel, Inc., Alternative
Staffing, Inc., Vision Staffing Solutions,
Inc., and Purchasing Professionals, Inc.,

                Plaintiffs,

                                            Civ. No. 05-1274 (RHK/JJG)
v.                                          **ORDER**

The McClatchy Company and The Star
Tribune Company,

                Defendants.

      In reaching a decision on Defendant McClatchy Company's pending Motion to Dismiss, the Court will not consider the letter with attachments dated October 24, 2005, which was submitted by Plaintiffs' counsel after the motion hearing on October 7, 2005.

Dated: November 2, 2005                                  s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge