UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Masterson Personnel, Inc., Alternative Staffing, Inc., Vision Staffing Solutions, Inc., and Purchasing Professionals, Inc.,<br><br>         Plaintiffs,<br><br>v.<br><br>The McClatchy Company and The Star Tribune Company,<br><br>         Defendants. | Civil No. 05-1274<br><br>**ORDER OF DISMISSAL OF PLAINTIFFS PURCHASING PROFESSIONALS, INC. AND VISION STAFFING SOLUTIONS, INC.** |

The above-captioned case came before the Court on both parties' Stipulation for Voluntary Dismissal of Plaintiffs Purchasing Professionals, Inc. and Vision Staffing Solutions, Inc. The parties agree that the Stipulation of voluntary dismissal does not relate to the merits of the action or in any way prejudices the claims of the other Plaintiffs in the above-captioned action. Based on the agreement of the parties, **IT IS HEREBY ORDERED THAT** Plaintiffs Purchasing Professionals, Inc. and Vision Staffing Solutions, Inc. are hereby **DISMISSED WITHOUT PREJUDICE,** with each party bearing its own costs.

Dated: November 28, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge