## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Masterson Personnel, Inc., Alternative Staffing, Inc., Vision Staffing Solutions, Inc., and Purchasing Professionals, Inc., | ) Civil No. 0-05-CV-1274 (RHK/JJG) ) ) ) |
| Plaintiffs, | ) **ORDER OF DISMISSAL** |
| vs. | ) ) |
| The McClatchy Company and The Star Tribune Company, | ) ) ) |
| Defendants. | ) |

The above-captioned case came before the Court on the parties' Stipulation for Voluntary Dismissal of Plaintiffs Masterson Personnel, Inc., and Alternative Staffing Solutions, Inc., with Prejudice and Dismissal of the Case without Prejudice to the Remaining Putative Class Members, Docket Entry No. 46. Based on the agreement of the parties, **IT IS HEREBY ORDERED THAT** Plaintiffs Masterson Personnel, Inc., and Alternative Staffing Solutions, Inc., and all claims asserted by them, are hereby **DISMISSED WITH PREJUDICE** and the case is dismissed without prejudice to any claims of all remaining putative class members. Each party will bear its own costs and fees, except as provided in the Settlement Agreement between the parties. Defendant The Star Tribune's Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Subject Matter Jurisdiction Due to Mootness that was filed on December 20, 2005, is hereby stricken as moot.

Dated: __1/3/06_____            s/Richard H. Kyle_____
                                     The Honorable Richard H. Kyle
                                     United States District Judge